**Order entered December 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01641-CV

### IN RE WESLEY WAYNE SAVANNAH, Relator

**Original Proceeding from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F09-72992-U**

## ORDER
Before Justices FitzGerald, Lang, and Myers

Based on the Court's opinion of this date, we **DISMISS** relator's application for writ of

habeas corpus.  We **ORDER** that relator bear the costs of this original proceeding.


/s/  KERRY P. FITZGERALD
    JUSTICE